IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                         Criminal Action No.
                                                                          22-00048-13-CR-W-DGK

MICHAEL R. PARKS,

        Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**: Count 1:     Conspiracy to distribute 5 kilograms or more of cocaine; fentanyl; and less than 50 kilograms of marijuana *in violation of* 21 U.S.C. § 841(a)(1), (b)(1)(C) and (b)(1)(D)

                      Counts 70, 84:     Use of a Communication Facility to Facilitate a Drug Trafficking Crime *in violation of* 21 U.S.C. § 843(b) and (d)(1)

                      Count 105:     Possession with Intent to Distribute Cocaine *in violation of* 21 U.S.C. § 841(a)(1) and (b)(1)(C)

                      Count 106:     Possession of a Firearm in Furtherance of a Drug Trafficking Offense *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                      Forfeiture Allegations One and Two

**TRIAL COUNSEL**:
    Government: Matthew Moeder, Sean Foley, Stephanie Bradshaw; Paralegal Michelle Wells
    Case Agent: ATF Special Agent Elizabeth White
    Defense: Stephanie Burton

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: Government – None; Defense – Motions in Limine

**TRIAL WITNESSES**:
    <u>Government</u>: 50 without stipulations if four defendants go to trial; premature to address stipulations specific to each defendant

    <u>Defense</u>: 5 witnesses, including Defendant who    ( ) will
                                                                                     (x) may
                                                                                   ( ) will not testify

**TRIAL EXHIBITS**:
    Government: 300 exhibits with four defendants going to trial
    Defense: 20 exhibits

**DEFENSES**:
    (x)    defense of general denial
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial          ( ) Possibly for trial
    ( ) Motion to continue to be filed    (x) Likely a plea will be worked out

**TRIAL TIME: 10 days for trial with four defendants**
    Government's case including jury selection: 7-8 days
    Defense case: 1 day

**STIPULATIONS**:
    ( )    not likely
    ( )    not appropriate
    (x)    likely as to:
            (x)    chain of custody
            (x)    chemist's reports
            ( )    prior felony conviction
            ( )    interstate nexus of firearm
            ( )    other: _____

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government: On or before June 24, 2024
Defense: On or before June 24, 2024
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**: On or before June 24, 2024
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**: On or before June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing 7/8/2024
 **Please note**: The Government requests trial start on the second week of the docket as Government Counsel has a conflict on July 8th and 9th. However, Government Counsel would be available beginning July 10th.

**OTHER**:
 ( ) A _____-speaking interpreter is required.
 ( ) Other assistive devices:

 **IT IS SO ORDERED.**

          */s/ Jill A. Morris*
          JILL A. MORRIS
          United States Magistrate Judge